UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK ex rel. OMNI HEALTHCARE INC.,

Plaintiffs,

v.

U.S. ONCOLOGY, INC.,

Defendants.
-----------------------------------------------------------------X

JUDGMENT
19-cv-5125 (NG) (LB)

An Opinion and Order of Honorable Nina Gershon, United States District Judge, having been filed on September 8, 2023, granting U.S. Oncology's motion to dismiss the Complaint; it is

ORDERED and ADJUDGED that U.S. Oncology's motion to dismiss the Complaint is granted.

Dated: Brooklyn, New York
September 8, 2023

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk